UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARGER,<br>aka GARY DALE BARGER,<br>          Plaintiff,<br>   v.<br>DIRECTOR OF OPS OF CDCR, et al.,<br>          Defendants. | Case No. 14-cv-05307-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Barger's allegations in this federal civil rights action are based on events occurring at the California Health Care Facility in Stockton, California, which lies in the Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January 9, 2015



WILLIAM H. ORRICK
United States District Judge