1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GARY DALE BARGER,                              No.  2:15-cv-0072 GEB KJN P

12                   Plaintiff,

13          v.                                        ORDER

14    CDCR, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  On February 25, 2015, plaintiff was directed to pay the filing fee or submit a

19    complete application form.  Plaintiff has now filed a request for leave to proceed in forma

20    pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his

21    prison trust account statement for the six month period immediately preceding the filing of the

22    complaint and obtained the certification required on the application form.  See 28 U.S.C.

23    § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit the completed

24    application and the certified copy in support of his application to proceed in forma pauperis.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff's application to proceed in forma paupers (ECF No. 22) is dismissed without

27    prejudice;

28    /////

1

1       2.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

2 his prison trust account statement for the six month period immediately preceding the filing of the

3 complaint and the certification required on the application form.  Plaintiff's failure to comply

4 with this order will result in a recommendation that this action be dismissed without prejudice.

5       3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

6 Forma Pauperis By a Prisoner.

7 Dated:  March 23, 2015

8

9 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10

11

12 /barg0072.3e

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28