# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GARY DALE BARGER,**

CASE NO: **2:15−CV−00072−GEB−KJN**

v.

**CDCR, ET AL.,**

---

XX −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/2/15**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 2, 2015**

by: /s/ A. Meuleman
Deputy Clerk